IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

    vs.                  NO.  2:13-CR-270(18)
                                          JUDGE FROST

JOEL J. BROWN

GOVERNMENT'S PLEA AGREEMENT SUBMISSION
OF ELEMENTS AND PENALTIES FOR
21 U.S.C. §§846, 841(a)(1) and 841(b)(1)(B)(iii)
AND 18 U.S.C. §§924(c)(1)(A)(i)

1.  ELEMENTS:  21 U.S.C. §§846, 841(a)(1) and 841(b)(1)(B)(iii)

First: The defendant agreed with at least one other person, to possess with intent to distribute cocaine base, Schedule II controlled substances;

Second: The conspiracy described in the Indictment was willfully formed, and was existing at or about the time alleged;

Third: The defendant willfully became a member of the conspiracy;

Fourth: The objectives of the conspiracy was to possess with intent to distribute and possess with intent to distribute 28 grams or more of cocaine base; and

Fifth: That said agreement existed, at or about the time alleged, in the Eastern Division of the Southern District of Ohio

2. PENALTIES

A. Mandatory Minimum:     Five years of imprisonment.

B. Possible Maximum:     Forty years in prison, a fine of $5,000,000.00, a term of supervised release of at least four years, and a $100 special assessment.

### 3. ELEMENTS:  18 U.S.C. §§924(c)(1)(A)(i)

First: That the defendant possessed one or more firearms in furtherance of a drug trafficking crime;

Second: That the defendant did so knowingly and intentionally;

Third: This act occurred in the Southern District of Ohio on or about the time alleged in the Indictment.

### 4. PENALTIES

A. Mandatory Minimum: A mandatory consecutive five-year term of imprisonment;

B. Possible Maximum: A life term of imprisonment; a fine of $250,000, three years supervised release, and a $100 special assessment.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/David M. Devillers
DAVID M. DEVILLERS (0059456)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614)469-5715
Fax: (614)469-5653
Dave.Devillers@usdoj.gov