IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2016 MAY -2  AM 8: 51

U.S. DISTRICT COURT
SOUTHERN DIST.OHIO
EAST. DIV. COLUMBUS

IN RE:     Terminated Cases Assigned to
           Honorable Judge Gregory L. Frost          Columbus Gen Order 16-02

ORDER

The Clerk of Court is hereby directed to randomly reassign any terminated case assigned

to District Judge Gregory L. Frost that requires additional action, without further order of this

Court.

IT IS SO ORDERED.

4 -29 -2016

Honorable Edmund A. Sargus, Jr.
Chief Judge United States District Court